```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 09/18/2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
JONATHAN FORTICH,

               Plaintiff,

               v.

JEANNE DRY CLEANER, HOWARD PARK,
JOHN DOE, JANE DOE and XYZ CORPORATION
(1-12)

             Defendants.
-------------------------------------x

11 Civ. 7496
(BSJ)(KNF)

**Order**

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

    After having reviewed Magistrate Judge Kevin N. Fox's Report and Recommendation dated June 4, 2012, and having received no objections thereto, I hereby confirm and adopt the Report in its entirety, having been satisfied that there is no clear error on the face of the record. See Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985). Accordingly, the Complaint is dismissed without prejudice. *The Clerk of the Court is directed to close this case.*

SO ORDERED:

                                                       **BARBARA S. JONES**
                                                       **UNITED STATES DISTRICT JUDGE**

Dated:    New York, New York
             September 14, 2012